INTERNATIONAL RAILROAD COMPANY v. THE COMPTROLLER.

The Constitution of this State does not confer upon the Supreme Court original jurisdiction in cases of *mandamus*.

THE writ was sought in this case to compel the Comptroller

of Public Accounts to countersign and register certain State bonds.

*E. M. Pease, J. H. Bell,* and *Moore & Shelley* filed a very elaborate and able brief in behalf of the Railroad Company.

*Wm. Alexander, Attorney-General,* for the State, also filed a masterly brief, and the reporter regrets his inability to insert it, from want of space.

WALKER, J.    The attention of the court in this case is first called to the question of original jurisdiction in *mandamus,* and we have come to the conclusion, that whatever may have been the intention of the framers of the Constitution, that instrument does not confer upon this court such jurisdiction.    The petition and alternative writ must therefore be dismissed.

Dismissed.